IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

DORIS NAZARIO QUINONES

XXX-XX-3107

Debtor(s)

CASE NO. 13-10738 BKT

Chapter 13

**FILED & ENTERED ON 10/7/2014**

ORDER

The trustee's objection to claim #5 by claimant Asoc. Condomines Cofresi Garden Apts (docket #34) is hereby denied for the reasons stated in claimants answer at docket #35.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 07 day of October, 2014.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
Asoc. Condomines Cofresi Garden Apts